# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-2249  **Short Title:** Jarvis v. Village Gun Shop, Inc.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Russell Jarvis; James Jarvis; Robert Crampton; Commonwealth Second Amendment, Inc. as the

[✓] appellant(s)   [ ] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

s/ David D. Jensen
Signature

17 December 2014
Date

David D. Jensen
Name

David Jensen PLLC
Firm Name (if applicable)

(212) 380-6615
Telephone Number

111 John Street, Suite 420
Address

(917) 591-1318
Fax Number

New York, NY 12508
City, State, Zip Code

david@djensenpllc.com
Email (required)

Court of Appeals Bar Number: 1166745

Has this case or any related case previously been on appeal?

[✓] No   [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).