# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Jarvis v. Village Gun Shop, Inc. d/b/a Village Vault

District Court Case No.  1:12-cv-40032     District of  Massachusetts

Date Notice of Appeal filed  11/26/2014     Court of Appeals Case No.  14-2249

Form filed on behalf of  Plaintiffs Russell Jarvis, James Jarvis, Robert Crampton, and Commonwealth Second Amendment, Inc.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✓

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter
Phone Number of Reporter

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify) _____
- ☐ Testimony (specify) _____
- ☐ Other (specify) _____

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act.  A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  David D. Jensen          Filer's Signature  s/ David D. Jensen

Firm/Address  111 John Street, Suite 420, New York, NY 10038     Filer's Email address  david@djensenpllc.com

Telephone number  (212) 380-6615          Date mailed to court reporter  N/A

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                            **SEE INSTRUCTIONS ON REVERSE**