# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 14-2249  **Short Title:** Jarvis v. Village Gun Shop, Inc.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 11/24/2014
   2. Date this notice of appeal filed 11/26/2014
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
         If yes, explain_____

C. Has this case previously been appealed?  [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Village Gun Shop, Inc.
      Attorney Wayne M. LeBlanc
      Address P.O. Box 2917, Worcester, MA 01613-2917
      Telephone (508) 756-6206

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Russell Jarvis
      Address 6 Davis St., Adams, MA 01220
      Telephone (413) 776-7438

      Attorney's name David D. Jensen
      Firm David Jensen PLLC
      Address 111 John St., Suite 420, New York, NY 10038
      Telephone (212) 380-6615

   2. Appellant's name James Jarvis
      Address 108 Furnace Hill, Cheshire, MA 01225
      Telephone (413) 212-0937

      Attorney's name David D. Jensen
      Firm David Jensen PLLC
      Address 111 John St., Suite 420, New York, NY 10038
      Telephone (212) 380-6615

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/ David D. Jensen
Date  12/17/2014

**Docketing Statement Continuation Page**

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    3.    Appellant's name:  Robert Crampton
           Address:  93 Fairway Dr., Tewksbury, MA 01876
           Telephone:  (508) 566-3895

           Attorney's name:  David D. Jensen
           Firm:  David Jensen PLLC
           Address:  111 John St., Suite 420, New York, NY 10038
           Telephone:  (212) 380-6615

    4.    Appellant's name:  Commonwealth Second Amendment, Inc.
           Address:  P.O. Box 301398, Jamaica Plain, MA 02130
           Telephone:  (617) 942-0660

           Attorney's name:  David D. Jensen
           Firm:  David Jensen PLLC
           Address:  111 John St., Suite 420, New York, NY 10038
           Telephone:  (212) 380-6615