# CERTIFICATE OF SERVICE

I hereby certify that on 17 December 2014 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

> Wayne M. LeBlanc
> Counsel for Defendant-Appellee Village Gun Shop, Inc.
> leblanc@gskandg.com
>
> David M. Marks
> Counsel for Defendant Secretary Andrea Cabral
> david.marks@state.ma.us
> *This Defendant is no longer a party.*

s/ David D. Jensen