# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.**             **Short Title:**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

_____        _____
Signature                             Date

_____
Name

_____        _____
Firm Name (if applicable)             Telephone Number

_____        _____
Address                               Fax Number

_____        _____
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[ ] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).