CERTIFICATE OF SERVICE

  I, Mark I. Zarrow, Esquire, certify that on this date a true copy of the within NOTICE OF APPEARANCE upon the below named individual(s), ECF Filers, electronically by the Notice of Docket Activity.

| | |
|---|---|
| Patrick M. Groulx, Esq. | David D. Jensen. Esq. |
| BBO No. 673394 | 111 John Street, Suite 230 |
| P.O. Box 76056 | New York, NY 10038 |
| Melrose, MA 02176 | 212-380-6615 |
| 978-549-3124 | david@djensenpllc.com |
| pgroulx@polislegal.com | |

/s/ Mark I. Zarrow

Dated: December 19, 2014   Mark I. Zarrow, Esquire