# United States Court of Appeals
## For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH
SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public
Safety and Security

Defendant

**NOTICE**

Issued: January 12, 2015


Our records indicate that the attorneys listed below have not registered for an appellate ECF account in this court. Any attorney who intends to file documents in this case must register immediately with PACER for an appellate ECF Filer account. An attorney who does not intend to file documents but wishes to receive immediate notice of docket activity in this case can select the option "other (not a public filer)" when they register. For more details regarding registration, please go to our website, www.ca1.uscourts.gov, and select "CM/ECF (Electronic Filing)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form may be found on our on our website, www.ca1.uscourts.gov, located under "Forms & Instructions."

**After January 26, 2015, the clerk's office will no longer send notice of court-issued documents to the following attorneys unless they register for an appellate ECF account.**

David J. Kneeland
Wayne M. LeBlanc

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Adam Sparrow - (617) 748-9060

cc:
Patrick Michael Groulx
David D. Jensen
David J. Kneeland Jr.
Wayne M. LeBlanc
David R. Marks
Mark Ira Zarrow