UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br>　　　　　Plaintiffs, <br><br>　　-against- <br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT, <br><br>　　　　　Defendant. | No. 14-2249 |

**APPELLANTS' ASSENTED MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiffs-Appellants Russell Jarvis, James Jarvis, Robert Crampton, and Commonwealth Second Amendment, Inc. and hereby move the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure to extend the time for filing the Appellant's Brief and Appendix by three weeks, from February 23, 2015 to March 16, 2015. In support of this motion, Plaintiffs-Appellants state as follows:

1)　Recent developments have severely and unexpectedly impacted counsel's ability to prepare this appeal in time for the current due date of February 23, 2015. Most notably, counsel currently represents another client (Micoperi, S.r.l.) in ongoing litigation and arbitration proceedings that relate to an offshore construction project in the Gulf of Mexico. About three weeks ago, the arbitrator issued a ruling that forecloses the client from raising various claims and defenses in

the arbitration.  This ruling was unexpected and (we consider) incorrect, and the only way to prevent the client from irreparably losing its right to arbitrate these claims is to immediately bring an action under the Federal Arbitration Act.  As such, counsel immediately re-prioritized and made the preparation and submission of this action and motion a top priority.  We researched, prepared, and filed a Petition to Compel Arbitration earlier this week, and we are now concluding the supporting papers for a motion for a temporary restraining order and preliminary injunction, which we intend to present to the District Court this week.  See Micoperi, S.r.l. v. CHM Maritime, S.A.P.I. de C.V., no. 1:15-cv-10296-ADB (D. Mass. filed Feb. 10, 2015).

2)	Counsel had planned to prepare the Appellant's Brief during these past two weeks.  However, counsel is a solo practitioner, and unfortunately, preparing and submitting the above-referenced emergency papers has largely prevented counsel from completing this work.  While we have (for example) designated materials for the Appendix and begun basic work on the Brief, we have not had time to conduct thorough research and analysis of the state action issue that is central to this appeal.

3)	Counsel has a previously scheduled vacation during the last week of February.  Counsel will not realistically be able to work on the Brief during this week.  Counsel had originally prepared to submit the Brief just prior to the start of this vacation.

4)	Counsel for Defendant-Appellee assents to this motion.

Dated: February 11, 2015

        Respectfully submitted,

        THE PLAINTIFFS,
        By their attorneys,

        /s/ David D. Jensen
        First Circuit No. 1166745
        DAVID JENSEN PLLC
        111 John Street, Suite 420
        New York, New York 10038
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com