# CERTIFICATE OF SERVICE

I hereby certify that on 11 February 2015 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

>Mark I. Zarrow, Esq.
>Lian, Zarrow, Eynon & Spofford
>Counsel for Defendant-Appellee Village Gun Shop, Inc.
>mzarrow@lianzarrow.com

<u>s/ David D. Jensen</u>