# United States Court of Appeals
## For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security

Defendant

**ORDER OF COURT**

Entered: February 13, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Commonwealth Second Amendment, Inc., Robert Crampton, James Jarvis and Russell Jarvis to file a brief and an appendix be enlarged to and including **March 16, 2015**.

By the Court:
/s/ Margaret Carter, Clerk

cc:
Patrick Michael Groulx
David D. Jensen
David J. Kneeland Jr.
Wayne M. LeBlanc
David R. Marks
Mark Ira Zarrow