# United States Court of Appeals
## For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security

Defendant

**NOTICE**

Issued: February 13, 2015

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for an appellate ECF account.

The following attorneys have failed to register for an appellate ECF account and will no longer receive notice in this case:

David J. Kneeland
Wayne M. LeBlanc

The following attorneys will continue to receive notice in this case:

Patrick Michael Groulx
David D. Jensen
David R. Marks
Mark Ira Zarrow

Please note that any attorney who has been removed from the service list and later wishes to resume receiving notice must register for an appellate ECF account and enter a notice of appearance in this case.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Adam Sparrow - (617) 748-9060

cc:
Patrick Michael Groulx
David D. Jensen
David J. Kneeland Jr.
Wayne M. LeBlanc
David R. Marks
Mark Ira Zarrow