UNITED STATES COURT of APPEALS
For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS;ROBERT CRAMPTON;
COMMONWEALTH SECOND AMENDMENT, INC.,
Plaintiffs-Appellants

v.

VILLAGE GUN SHOP, INC.; d/b/a Village Vault
Defendants-Appellee

APPELLEE' ASSENTED MOTION FOR EXTENSION OF TIME

NOW COMES the defendant-appellee in the above matter, Village Gun Shop, Inc., which hereby moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure to extend the time for filing the appellee's brief by two weeks, from April 20, 2015 to May 4, 2015. In support of this motion, Appellee states the following;

Counsel's ability to prepare this appeal in time for the current due date of April 20, 2015 has been affected for several reasons.

1. Appellee's counsel in this appeal was not trial counsel and first became aware of this matter after plaintiffs filed their notice of appeal.

2. Counsel, prior to his engagement to represent appellee in this appeal, had a previously scheduled one week vacation from March 23 to March 27, 2015 during which he was not able to devote time to researching or writing appellee's brief in this matter.

3. Counsel's law practice includes responding to emergency situations in court representing elder protective service agencies in Worcester County where there have been allegations of elder abuse. Counsel has had to appear several times on such matters in February and March 2015. The matters interrupt all other projects upon which counsel is working at the time.

4. At the time counsel began working on the brief in this matter he was finishing a brief representing an appellant in the Massachusetts Appeals Court, which required his time and attention. In addition he has a busy practice and must devote some of his time to representing and advising his other clients.

5. Due to the foregoing counsel has not had as much opportunity as originally anticipated to thoroughly research the issues presented on appeal and draft appellee's brief, although he has worked diligently on it and has done much of the research and has written a portion of the brief.

6. Counsel for appellants has assented to this motion.

                          VILLAGE GUN SHOP, INC.,
                          By its attorney,

                          /s/ Mark I. Zarrow
                          Mark I. Zarrow, Esquire
                          Lian, Zarrow, Eynon & Spofford
                          34 Mechanic Street
                          Worcester, MA 01608
                          (508) 799-4461
                          mzarrow@lianzarrow.com
                          BBO No. 539320
Dated: April 7, 2015          C.A. Bar Number 14031

## CERTIFICATE OF SERVICE

I, Mark I. Zarrow, Esquire, certify that on this date a true copy of the within NOTICE OF APPEARANCE upon the below named individual(s), ECF Filers, electronically by the Notice of Docket Activity.

| Patrick M. Groulx, Esq. | David D. Jensen. Esq. |
|---|---|
| BBO No. 673394 | 111 John Street, Suite 230 |
| P.O. Box 76056 | New York, NY 10038 |
| Melrose, MA 02176 | 212-380-6615 |
| 978-549-3124 | david@djensenpllc.com |
| pgroulx@polislegal.com | |

                          /s/ Mark I. Zarrow