# United States Court of Appeals
## For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security

Defendant

**ORDER OF COURT**

Entered: April 14, 2015
Pursuant to 1st Cir. R. 27.0(d)


Upon consideration of motion, it is ordered that the time for Appellee Village Gun Shop, Inc. to file a brief be enlarged to and including **May 4, 2015**.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Patrick Michael Groulx
David D. Jensen
David R. Marks
Mark Ira Zarrow