CERTIFICATE OF SERVICE

      I, Mark I. Zarrow, Esquire, certify that on this date a true copy of the within Brief of Defendant Appellee Village Gun Shop, Inc. was served upon the below named individual(s), ECF Filers, electronically by the Notice of Docket Activity.

| | |
|---|---|
| Patrick M. Groulx, Esq. | David D. Jensen. Esq. |
| BBO No. 673394 | 111 John Street, Suite 230 |
| P.O. Box 76056 | New York, NY 10038 |
| Melrose, MA 02176 | 212-380-6615 |
| 978-549-3124 | david@djensenpllc.com |
| pgroulx@polislegal.com | |

                                  /s/ Mark I. Zarrow

Dated: April 29, 2014          Mark I. Zarrow, Esquire