UNITED STATES COURT
OF APPEALS FOR THE FIRST CIRCUIT

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>      Plaintiffs-Appellants,<br><br> v.<br><br>VILLAGE GUN SHOP, INC.,\*<br>d/b/a VILLAGE VAULT ,<br>      Defendant-Appellee,<br><br>DANIEL BENNETT, in his Official Capacity as Massachusetts Secretary of the Executive Office of Public Safety and Security.<br>      Defendant. | Case No.: 14-2249 |

## **NOTICE OF APPEARANCE**

Please enter on the docket the appearance of David R. Marks, Assistant Attorney General, as counsel for Daniel Bennett, in his Official Capacity, as Secretary of the Executive Office of Public Safety and Security.

                 Respectfully submitted,

                 DANIEL BENNETT, SECRETARY,

                 EXECUTIVE OFFICE OF PUBLIC
                 SAFETY AND SECURITY,

                 By his attorney,

                 MAURA HEALEY
                 ATTORNEY GENERAL

---

\*Under Fed. R. Civ. P. 25(d), Daniel Bennett, as the successor in office, is substituted as a party.

/s/ David R. Marks

David R. Marks, BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
Facsimile: (617) 727-5785
david.marks@state.us.ma

May 1, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Appearance was filed through the Electronic Case Filing (ECF) system on May 1 2015, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage prepaid, to those indicated on the NEF as non-registered participants.

/s/ David R. Marks

David R. Marks

May 1, 2015