UNITED STATES COURT
OF APPEALS FOR THE FIRST CIRCUIT

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,

                Plaintiffs-Appellants,

    v.

VILLAGE GUN SHOP, INC.,[*]
d/b/a VILLAGE VAULT ,

                Defendant-Appellee,

DANIEL BENNETT, in his Official Capacity as Massachusetts Secretary of the Executive Office of Public Safety and Security.

                Defendant.

Case No.: 14-2249

**MOTION TO ENLARGE TIME TO FILE AMICUS BRIEF FOR THE SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY**

Now comes Daniel Bennett, Secretary of the Executive Office of Public Safety and Security, in the above-captioned case, and moves this Honorable Court, under Fed. R. App. 26(b), for additional time to file its brief, as an amicus curiae in this matter up to and including June 9, 2015. The additional time is necessary for the reasons in the attached Affidavit of David R. Marks, which reasons constitute good cause for this request.

                Respectfully submitted,

                DANIEL BENNETT, SECRETARY

                EXECUTIVE OFFICE OF PUBLIC SAFETY
                AND SECURITY

                By his attorney

---

[*]Under Fed. R. Civ. P. 25(d), Daniel Bennett, as the successor in office, is substituted as a party.

|  | MAURA HEALEY |
|---|---|
|  | ATTORNEY GENERAL |

|  | David R. Marks, BBO# 548982 |
|---|---|
|  | Assistant Attorney General |
|  | Office of the Attorney General |
|  | One Ashburton Place |
|  | Boston, MA 02108-1698 |
|  | (617) 963-2362 |
|  | (617) 727-5785 (Facsimile) |
| May 1, 2015 | David.Marks@state.ma.us |

## CERTIFICATE OF SERVICE

      I hereby certify that the above Motion to Enlarge Time to File Brief for the Executive Office of Public Safety and Security, was filed through the Electronic Case Filing (ECF) system on May 1, 2015, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage prepaid, to those indicated on the NEF as non-registered participants.

      /s/ David R. Marks

      David R. Marks

May 1, 2015