# United States Court of Appeals
## For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

DANIEL J. BENNETT, in his official capacity as Massachusetts Secretary of the Executive Office of Public Safety and Security

Defendant - Movant

**ORDER OF COURT**

Entered: May 13, 2015
Pursuant to 1st Cir. R. 27.0(d)

Movant Daniel J. Bennett's motion for an extension of time to file an amicus brief in support of appellee is allowed in part. On or before May 26, 2015, movant may tender an amicus brief, along with any motion requesting leave to file same, if required. The deadline for appellants to file their answering brief is enlarged to June 9, 2015.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Patrick Michael Groulx
David D. Jensen
David R. Marks
Mark Ira Zarrow