RUSSELL JARVIS; JAMES JARVIS; ROBERT
CRAMPTON; and COMMONWEALTH SECOND
AMENDMENT, INC.,

                    Plaintiffs-Appellants,

       v.

VILLAGE GUN SHOP, INC.,
d/b/a VILLAGE VAULT ,

                    Defendant-Appellee.

Case No.:  14-2249

## MOTION TO ACCEPT AMICUS BRIEF INSTANTER FILED ON BEHALF OF THE COMMONWEALTH OF MASSACHUSETTS AND ITS EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY

Now comes the Commonwealth of Massachusetts ("Commonwealth") in the above-captioned case, and moves this Honorable Court to accept for filing the Amicus Curiae brief filed on May 26, 2015 on behalf of both the Executive Office of Public Safety and Security, and the Commonwealth of Massachusetts.  As reasons therefore, the Commonwealth states that it had previously moved for an extension of time to file the Amicus brief but inadvertently listed only Daniel Bennett, as Secretary of the Executive Office of Public Safety and Security, as the moving party and Amicus.  This extension of time was allowed to May 26, 2015, and the Amicus brief was filed on that date.  The Amicus brief was filed, however, on behalf of both the Executive Office of Public Safety and Security, and the Commonwealth of Massachusetts, as Amicus Curiae.  The Commonwealth now moves this Court to accept the brief filed on May 26, 2015 as an Amicus brief filed on behalf of the Commonwealth as well.  No prejudice will be caused any person or party by allowance of this motion.

Respectfully submitted,

COMMONWEALTH OF
MASSACHUSETTS

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ David R. Marks

_____

David R. Marks
Assistant Attorney General
Court of Appeals Bar No. 1158588
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2362
(617) 727-5785 (Facsimile)
David.Marks@state.ma.us

June 8, 2015,

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion to Accept Amicus Brief Instanter Filed on Behalf of the Commonwealth of Massachusetts and Its Executive Office of Public Safety and Security, was filed through the Electronic Case Filing (ECF) system on June 8, 2015, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage prepaid, to those indicated on the NEF as non-registered participants.

/s/ David R. Marks

_____

David R. Marks

June 8, 2015