# United States Court of Appeals
## For the First Circuit

---

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

DANIEL J. BENNETT, in his official capacity as Massachusetts Secretary of the Executive Office of Public Safety and Security

Defendant - Movant

---

**ORDER OF COURT**

Entered: June 9, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Commonwealth of Massachusetts' motion for leave to file amicus brief instanter is allowed. The Commonwealth of Massachusetts and Daniel Bennett's amicus brief is accepted for filing as of this date.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David R. Marks
Patrick Michael Groulx
David D. Jensen
Mark Ira Zarrow