UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT, <br><br> Defendant. | No. 14-2249 |

## APPELLANTS' ASSENTED MOTION FOR LEAVE

COME NOW Plaintiffs-Appellants Russell Jarvis, James Jarvis, Robert Crampton, and Commonwealth Second Amendment, Inc. and hereby move the Court pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 32.4 for leave to file an overlength brief *nunc pro tunc*. In support of this motion, Plaintiffs-Appellants state as follows:

1)   Plaintiffs-Appellants timely filed their Reply Brief on June 9, 2015. The Reply responds to two briefs (one from Defendant-Appellee, and the other from the Commonwealth of Massachusetts).

2)   Under Rule 32(a)(7)(B) the type-volume limitation for a reply is 7,000 words, representing one half of the limit of a principal brief (14,000 words).

3)   Due to my own oversight, at the time I was finalizing the Reply I mistakenly thought that the limit applicable to a principal brief was 15,000 words,

meaning that the type-volume limit applicable to the Reply was 7,500 words.  The final draft of the Reply contained 7,405 words, and I accordingly did not attempt to shorten it.

4) I did not realize my mistake until a week later, when reviewing the paper copies of the brief.  I promptly contacted the case manager, who suggested filing this motion.

5) I thereafter contacted counsel for Defendant-Appellee, who assented to this motion.  Moreover, counsel for the Commonwealth also assented.

6) I apologize for my oversight.  I have not made this mistake before.

Dated: July 7, 2015

           Respectfully submitted,

           THE PLAINTIFFS,
           By their attorneys,

           /s/ David D. Jensen
           First Circuit No. 1166745
           DAVID JENSEN PLLC
           111 John Street, Suite 420
           New York, New York 10038
           Tel:  212.380.6615
           Fax:  917.591.1318
           david@djensenpllc.com

# CERTIFICATE OF SERVICE

I hereby certify that on 7 July 2015 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

    Mark I. Zarrow, Esq.
    Lian, Zarrow, Eynon & Spofford
    Counsel for Defendant-Appellee Village Gun Shop, Inc.
    mzarrow@lianzarrow.com

    David R. Marks, Esq.
    Office of the Massachusetts Attorney General
    david.marks@state.ma.us

                                        s/ David D. Jensen