# United States Court of Appeals
## For the First Circuit

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

DANIEL J. BENNETT, in his official capacity as Massachusetts Secretary of the Executive Office of Public Safety and Security

Defendant - Movant

**ORDER OF COURT**

Entered: July 7, 2015
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to file an oversized reply brief is allowed.


By the Court:

/s/ Margaret Carter, Clerk


cc:
David R. Marks
Patrick Michael Groulx
David D. Jensen
Mark Ira Zarrow