# United States Court of Appeals
## For the First Circuit

------

No. 12-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

DANIEL J. BENNETT, in his official capacity as Massachusetts Secretary of the Executive Office of Public Safety and Security

Defendant - Movant

------

**ORDER OF COURT**

Entered: August 5, 2015

    The motion by Amici Curiae Commonwealth of Massachusetts and Office of Public Safety and Security to participate in oral argument is granted to the extent that defendant-appellee Village Gun Shop, Inc., is willing to cede part of its oral argument time to amicus.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Patrick M. Groulx
David D. Jensen
David R. Marks
Mark I. Zarrow