## CERTIFICATE OF SERVICE

      I, Mark I. Zarrow, Esquire, certify that on this date a true copy of the within Designation was served upon the ECF Filers, electronically by the Notice of Docket Activity. There are no non ECF Filers.

Dated: August 11, 2015                                   /s/ Mark I. Zarrow
                                                        Mark I. Zarrow, Esquire