# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-2249

Case Name: Jarvis v. Village Gun Shop, Inc.

Date of Argument: September 10, 2015

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellants Russel Jarvis, James Jarvis, Robert Crampton, Commonwealth Second Amendment, Inc.

Attorney Name: David D. Jensen First Circuit Bar No.: 1166745

Phone Number: (212) 380-6615 Fax Number: (917) 591-1318

Email: david@djensenpllc.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

s/ David D. Jensen August 12, 2015
(Signature) (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.