# United States Court of Appeals
## For the First Circuit
_____

No. 14-2249

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; COMMONWEALTH
SECOND AMENDMENT, INC.

Plaintiffs - Appellants

v.

VILLAGE GUN SHOP, INC., d/b/a Village Vault

Defendant - Appellee

DANIEL J. BENNETT, in his official capacity as Massachusetts Secretary of the Executive
Office of Public Safety and Security

Defendant - Movant

_____

**REVISED NOTICE**

Entered: September 1, 2015

PLEASE BE ADVISED oral arguments will begin at **9:00 a.m. on Thursday, September 10, 2015** in Boston, MA.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Patrick M. Groulx
David D. Jensen
David R. Marks
Mark I. Zarrow