# United States Court of Appeals
## For the First Circuit

———————

No. 14-2249

RUSSELL JARVIS, JAMES JARVIS, ROBERT CRAMPTON, and COMMONWEALTH SECOND AMENDMENT, INC.,

Plaintiffs, Appellants,

v.

VILLAGE GUN SHOP, INC., D/B/A VILLAGE VAULT,

Defendant, Appellee.

———————

**JUDGMENT**

Entered: October 30, 2015

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Groulx, Mr. Jensen, Mr. Marks & Ms. Zarrow.