# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 20, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Russell Jarvis, et al.
v. Village Gun Shop, Inc., dba Village Vault
Application No. 15A758
(Your No. 14-2249)



Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on January 20, 2016, extended the time to and including March 8, 2016.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by Michelle Marshall
Michelle Marshall
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David D. Jensen
David D. Jensen PLLC
111 John Street, Suite 420
New York, NY 10038


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USMS SCREENED



01/21/2016
US POSTAGE $000.48
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120021